JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ALBERTO CASILLAS,                    ) Case No. CV 09-8961-R (SP)
                    Petitioner,      )
                                     )
            v.                       )        **JUDGMENT**
                                     )
M. McDONALD, Warden,                 )
                    Respondent.      )
                                     )

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: _Dec. 12, 2011_

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE